### BRITT *v.* THE STATE.

RUSSELL, C. J. 1. The evidence was sufficient to support the verdict finding the defendant guilty.

2. The defendant in this case was tried jointly with the defendant in *Cofer* v. *State,* ante. Each of the defendants filed a motion for new trial, and excepted to the overruling of the motion. The motion in this

---

Rape, 33 Cyc. p. 1486, n. 12.

case is based upon the same evidence and charge of the court, and contains grounds identical with those urged in the *Cofer* case; and the judgment herein is therefore controlled by the decision in the *Cofer* case. *Judgment affirmed. All the Justices concur, except Atkinson and Hines, JJ., dissenting.*

No. 5462. FEBRUARY 26, 1927.

Counsel as in case next preceding.